# Court of Appeals
# of the State of Georgia

ATLANTA,    March 18, 2014

*The Court of Appeals hereby passes the following order:*

## A13A2382. A14A0054. IN THE INTEREST OF C. R. B. AND K. L. B., CHILDREN (TWO CASES).

In these appeals from a termination of parental rights, we granted the parents' applications for discretionary review based upon the limited facts stated in the applications. In an excess of caution given the information available, we granted the applications in order to review the parents' contentions with the benefit of the entire record.

A careful and complete review of the entire record, the transcripts, and the briefs of the parties leaves no doubt that, under the deferential standard of review we must apply, there is no basis for reversal on any ground alleged. Our review reveals that had the facts apparent from the entire record been included in the application, discretionary review would not have been granted. Therefore, upon consideration of the entire record, applicable case law, and statutory provisions, these discretionary appeals are hereby dismissed as having been improvidently granted. See *Woody v. State*, 247 Ga. App. 684, 685 (545 SE2d 83) (2001).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 03/18/2014
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*